# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ROBERT KENNEDY, Individually, and on behalf of all others similarly situated,<br>    *Plaintiff,*<br><br>v.<br><br>PARSLEY NATURAL RESOURCES COMPANY,<br>    *Defendant*. | § § § § § § § § § | NO.   MO:20-CV-00086 |

## ORDER

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 112) filed January 4, 2023. The parties stipulate that they have resolved all causes of action and that this action should be dismissed with prejudice. (*Id*.). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 5th day of January, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE